**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Christie Wood

                     Plaintiff,

v.                                             Case No.: 1:16−cv−07419
                                           Honorable Charles P. Kocoras

Jennifer Long, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 13, 2017:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. For reasons stated in open court, plaintiff's motion for voluntary dismissal [70] is granted. The case is dismissed with prejudice in its entirety. Any outstanding subpoenas are cancelled and render null and void. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.